**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cjayne@maclaw.com

Law Offices of Philip A. Kantor, P.C.
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIAGGIO VITA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BRUCE GOOLD, an individual; ISLAND FLAVOR CAFÉ, LLC, a California limited liability company, ISLAND FLAVOR, LLC a Nevada limited-liability company,<br><br>    Defendants. | Case Number: 2:18-CV-01981-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

   Plaintiff Viaggio Vita LLC ("Viaggio"), by and through its counsel of record, the law firm of Gibson Lowry LLP, and Defendants Bruce Goold ("Mr. Good"), Island Flavor Café, LLC ("IF-California") and Island Flavor, LLC ("IF-Nevada") (collectively "defendants"), by and through their counsel of record, Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby stipulate and agree as follows:

1. On October 12, 2018, Viaggio filed a complaint against defendants [ECF No. 1];

2. Defendants' current deadlines to respond to the complaint are November 9, 2018, and November 12, 2018;

3. This is the first stipulation for an extension of time to respond to the complaint;

4. The requested extension is needed for the following reasons: (1) defendants' counsel has an upcoming pre-planned annual meeting with his law firm, the costs for which have already been paid; (2) due to defendants' counsel's recent retention and need to get up to speed on the case; and (3) to provide sufficient time to explore a potential early resolution to the case.

5. Accordingly, the parties stipulate and agree to extend the time for defendants to respond to the complaint to November 26, 2018.

6. The parties also stipulate and agree that, in the event defendants file a motion under FRCP 12, Viaggio's time to respond to the motion shall be extended by at least an additional two weeks beyond the standard opposition period under the local rules, due to deposition and case commitments Viaggio's counsel has during the end of November and first part of December of 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC:10460-006 3572074_1 11/8/2018 1:09 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1. This stipulation is not entered for any improper purpose or to delay.

IT IS SO STIPULATED.

Dated this 8th day of November, 2018.                    Dated this 8th day of November, 2018.

**Marquis Aurbach Coffing**                                          **Gibson Lowry LLP**

　/s/ Chad F. Clement　　　　　　　　　　　　/s/ Steven A. Gibson
By: Chad F. Clement, Esq.                                              By: Steven A. Gibson, Esq.
　　Nevada Bar No. 12192                                                  Nevada Bar No. 6656
　　Collin M. Jayne, Esq.                                                    Jodi Donetta Lowry, Esq.
　　Nevada Bar No. 13899                                                  Nevada Bar NO. 7798
　　10001 Park Run Drive                                                    7495 West Azure Drive, Suite 233
　　Las Vegas, Nevada 89145                                             Las Vegas, Nevada 89130
　　Telephone: (702) 382-0711                                            Telephone: (702) 541-7888
　　Facsimile: (702) 382-5816                                              Facsimile: (702) 541-7899
　　cclement@maclaw.com                                                sgibson@gibsonlowry.com
　　cjayne@maclaw.com                                                    jlowry@gibsonlowry.com
　　*Attorneys for Defendants*                                            *Attorneys for Plaintiff*

**Law Offices of Philip A. Kantor, P.C.**

　/s/ Philip A. Kantor
By: Philip A. Kantor, Esq.
　　Nevada Bar No. 6701
　　1781 Village Center Circle, Suite 120
　　Las Vegas, Nevada 89134
　　Telephone: (702) 255-1300
　　Facsimile: (702) 256-6331
　　prsak@aya.yale.edu
　　*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED.**

Defendants' new deadline to respond to the complaint shall be November 26, 2018.

DATED this 9th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE